# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Martha Mae Johnson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00009-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 14, 2023 Order.

July 14, 2023

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court